# United States District Court
# For The Western District of North Carolina
# Statesville Division

JAMES L. MORRISON,

        Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                              CASE NO. 5:10CV15-1-MU

TIM KERELY, ET AL.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 19, 2010, Order.

FRANK G. JOHNS, CLERK

February 19, 2010

BY: *Carolyn B. Bouchard*
Carolyn Bouchard, Deputy Clerk