# United States District Court
# For The Western District of North Carolina
# Statesville Division

JAMES L. MORRISON,

    Plaintiff(s),

vs.

TIM KERELY, ET AL.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:10CV15-1-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 19, 2010, Order.

February 19, 2010

FRANK G. JOHNS, CLERK

BY: *Carolyn B. Bouchard*
Carolyn Bouchard, Deputy Clerk